

SAPIENTIA
LAW GROUP

Jonathan A. Strauss
(612) 756-7110
JonS@SapientiaLaw.com

May 17, 2013

Chairwoman Kathleen Gaylord
Dakota County
1590 Highway 55
Hastings, MN 55033

Dear Chairwoman Kathleen Gaylord:

We send this letter pursuant to Minn. Stat. Sect. 466.05 to provide notice of the claim by our client, Jennie Loeffler, against the Dakota County and its employee(s).

On or about April 17, 2013, Ms. Loeffler learned from the Minnesota Department of Public Safety ("DPS") that law-enforcement personnel from several different entities had viewed her private, personal driver's license information in the last 10 years. There was no legitimate permissible purpose or reason for all these law-enforcement personnel to invade her privacy.

Personnel from the Dakota County were apparently among those who viewed her private, personal information. According to DPS, Dakota County personnel accessed our client's information on at least 3 occasion(s). It is our understanding that the name of the individual(s) who accessed this private information would not be produced under the Minnesota Government Data Practice Act before commencing litigation. Thus, at this time, we do not know the name of the Dakota County employee(s) who violated our client's rights. Please inform us immediately with a detailed explanation if you believe this access was conducted for a permissible, law-enforcement related reason.

It is a violation of state and federal law to view driver's license information without a permissible law-enforcement purpose, and the Driver's Privacy Protection Act provides civil and criminal penalties for so doing. 18 U.S.C. § 2721 et seq.

Ms. Loeffler's privacy rights have been violated. At a minimum, Ms. Loeffler is entitled by federal law to a minimum of $2,500 liquidated damages for each occurrence, plus her attorneys' fees. We believe that Dakota County personnel inappropriately accessed our client's information 3 time(s). Attached please find the DVS audit printout pertaining to Dakota County regarding the specific dates and times of the accesses. While her other damages and attorneys' fees cannot be estimated with precision, we believe she is entitled to at least $10,000 for each occurrence.

If you are interested in resolving this matter short of litigation, please feel free to contact us.

Sincerely,

Jonathan A. Strauss

cc: Jennie Loeffler
    Sonia Miller-Van Oort
    Larry Fett
    Mark Zitzewitz
    Kenn Fukuda

12 South 6th Street, Suite 1242    T 612.756.7100    sapientialaw.com
Minneapolis, MN 55402              F 612.756.7101


EXHIBIT B



SAPIENTIA
LAW GROUP

Jonathan A. Strauss
(612) 756-7110
JonS@SapientiaLaw.com

May 17, 2013

County Clerk
Dakota County
1590 Highway 55
Hastings, MN 55033

Dear County Clerk:

We send this letter pursuant to Minn. Stat. Sect. 466.05 to provide notice of the claim by our client, Jennie Loeffler, against the Dakota County and its employee(s).

On or about April 17, 2013, Ms. Loeffler learned from the Minnesota Department of Public Safety ("DPS") that law-enforcement personnel from several different entities had viewed her private, personal driver's license information in the last 10 years. There was no legitimate permissible purpose or reason for all these law-enforcement personnel to invade her privacy.

Personnel from the Dakota County were apparently among those who viewed her private, personal information. According to DPS, Dakota County personnel accessed our client's information on at least 3 occasion(s). It is our understanding that the name of the individual(s) who accessed this private information would not be produced under the Minnesota Government Data Practice Act before commencing litigation. Thus, at this time, we do not know the name of the Dakota County employee(s) who violated our client's rights. Please inform us immediately with a detailed explanation if you believe this access was conducted for a permissible, law-enforcement related reason.

It is a violation of state and federal law to view driver's license information without a permissible law-enforcement purpose, and the Driver's Privacy Protection Act provides civil and criminal penalties for so doing. 18 U.S.C. § 2721 et seq.

Ms. Loeffler's privacy rights have been violated. At a minimum, Ms. Loeffler is entitled by federal law to a minimum of $2,500 liquidated damages for each occurrence, plus her attorneys' fees. We believe that Dakota County personnel inappropriately accessed our client's information 3 time(s). Attached please find the DVS audit printout pertaining to Dakota County regarding the specific dates and times of the accesses. While her other damages and attorneys' fees cannot be estimated with precision, we believe she is entitled to at least $10,000 for each occurrence.

If you are interested in resolving this matter short of litigation, please feel free to contact us.

Sincerely,

Jonathan A. Strauss

cc:     Jennie Loeffler
        Sonia Miller-Van Oort
        Larry Fett
        Mark Zitzewitz
        Kenn Fukuda

12 South 6th Street, Suite 1242    T 612.756.7100    sapientialaw.com
Minneapolis, MN 55402              F 612.756.7101



May 20, 2013

Chairwoman Kathleen Gaylord
Dakota County
1590 Highway 55
Hastings, MN 55033

Dear Chairwoman Kathleen Gaylord:

On May 17, 2013, we sent you a letter regarding a claim by our client, Jennie Loeffler, against Dakota County and its employee(s).

We inadvertently omitted the attachment from the letter. I have attached it below.

If you have further questions, please feel free to contact us.

Sincerely,

Daneka Hill
Support Professional

cc:   Jennie Loeffler
      Jon Strauss
      Sonia Miller-Van Oort
      Larry Fett
      Mark Zitzewitz
      Kenn Fukuda

| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 3/10/2006 13:29 |
| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/10/2006 13:30 |
| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/8/2007 1:52 |



May 20, 2013

County Clerk
Dakota County
1590 Highway 55
Hastings, MN 55033

Dear County Clerk:

On May 17, 2013, we sent you a letter regarding a claim by our client, Jennie Loeffler, against Dakota County and its employee(s).

We inadvertently omitted the attachment from the letter. I have attached it below.

If you have further questions, please feel free to contact us.

Sincerely,

Daneka Hill
Support Professional

cc:   Jennie Loeffler
      Jon Strauss
      Sonia Miller-Van Oort
      Larry Fett
      Mark Zitzewitz
      Kenn Fukuda

| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 3/10/2006 13:29 |
| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/10/2006 13:30 |
| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/8/2007 1:52 |

| ReportRequestor | EsupportStationName | EsupportPath | AccessDay | AccessDate | AccessType | AccessedData |
|---|---|---|---|---|---|---|
| jennieloeffler | Anoka PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 12/19/2005 10:04 | DLNumber | L146398585389 |
| jennieloeffler | Burnsville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 7/18/2009 22:30 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 3/10/2006 13:29 | DLNumber | L146398585389 |
| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 3/10/2006 13:30 | DLNumber | L146398585389 |
| jennieloeffler | Dakota Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 5/8/2007 1:52 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 2/10/2008 21:07 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 12/24/2008 23:46 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 6/1/2009 4:53 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 6/7/2010 2:53 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 9/14/2010 4:39 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 9/14/2010 6:14 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 11/27/2010 17:43 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 7/23/2011 5:43 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 1/26/2012 6:20 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 1/26/2012 6:25 | DLNumber | R328153098813 |
| jennieloeffler | Dakota Communications Center | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/30/2012 18:40 | DLNumber | R328153098813 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 12/13/2007 19:43 | DLNumber | R328153098813 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/12/2008 6:55 | DLNumber | R328153098813 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 9/19/2009 22:05 | DLNumber | R328153098813 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/21/2009 0:54 | DLNumber | L146398585389 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/21/2009 0:54 | DLNumber | R328153098813 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/21/2009 0:54 | DLNumber | V300398585389 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/21/2009 0:54 | DLNumber | R328153098813 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 9/21/2009 0:55 | DLNumber | R328153098813 |
| jennieloeffler | Duluth PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 9/30/2009 23:52 | DLNumber | R328153098813 |
| jennieloeffler | Eagan PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 6/1/2010 0:41 | DLNumber | R328153098813 |
| jennieloeffler | Eagan PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/20/2009 9:23 | DLNumber | R328153098813 |
| jennieloeffler | Fairmont PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/20/2009 9:24 | DLNumber | R328153098813 |
| jennieloeffler | Fairmont PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 7/5/2011 20:14 | DLNumber | L146398585389 |
| jennieloeffler | Fairmont PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 7/5/2011 20:14 | DLNumber | R328153098813 |
| jennieloeffler | Fairmont PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 7/5/2011 20:14 | DLNumber | V300398585389 |
| jennieloeffler | Farmington PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 11/26/2007 1:05 | DLNumber | R328153098813 |
| jennieloeffler | Farmington PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 12/2/2010 9:57 | DLNumber | R328153098813 |
| jennieloeffler | Farmington PD | /dvsinfo/VH20/VH20Select.asp | Thu | 12/2/2010 9:58 | DLNumber | R328153098813 |
| jennieloeffler | Hancock PD | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 5/5/2006 22:54 | DLNumber | L146398585389 |
| jennieloeffler | Hancock PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 7/8/2010 20:55 | DLNumber | R328153098813 |



EXHIBIT C

| | | | | | | |
|---|---|---|---|---|---|---|
| jennieloeffler | Isanti Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Tue | 4/10/2007 16:48 | DLNumber | R328153098813 |
| jennieloeffler | Isanti Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/10/2007 16:48 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Sat | 8/28/2004 11:27 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/VH20/VH20Select.asp | Sat | 8/28/2004 11:39 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/VH20/VH20Select.asp | Sat | 8/28/2004 11:40 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 9/28/2004 22:17 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/3/2004 7:53 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 12/31/2004 9:29 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Sat | 1/8/2005 20:18 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 4/30/2005 23:18 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 4/30/2005 23:19 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 1/13/2006 17:41 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 7/10/2006 0:42 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 7/19/2006 16:42 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 7/19/2006 16:43 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/24/2006 0:35 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/24/2006 0:36 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 10/8/2006 10:05 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 11/23/2006 23:54 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 11/28/2006 8:23 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 1/1/2007 21:39 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 1/4/2007 19:43 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 8/20/2007 14:49 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 10/15/2007 19:23 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 11/3/2008 4:36 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 11/3/2008 4:36 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 11/3/2008 4:36 | DLNumber | V300398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 11/3/2008 4:37 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 12/16/2008 19:17 | DLNumber | L146398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 12/16/2008 19:17 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 12/16/2008 19:17 | DLNumber | V300398585389 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 3/14/2009 18:44 | DLNumber | R328153098813 |
| jennieloeffler | Lakeville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 3/7/2010 12:41 | DLNumber | R328153098813 |
| jennieloeffler | Mankato PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 2/3/2005 16:45 | DLNumber | L146398585389 |
| jennieloeffler | Mankato PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 2/3/2005 16:47 | DLNumber | L146398585389 |
| jennieloeffler | Milaca PD | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 7/16/2006 13:25 | DLNumber | R328153098813 |
| jennieloeffler | Mille Lacs Co Attorney | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 1/22/2007 14:09 | DLNumber | R328153098813 |

| | | | | | | |
|---|---|---|---|---|---|---|
| jennieloeffler | Mille Lacs Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Mon | 7/3/2006 23:48 | DLNumber | R328153098813 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 12/15/2003 15:32 | DLNumber | L146398585389 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 2/7/2005 12:32 | DLNumber | L146398585389 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 4/22/2005 18:42 | DLNumber | L146398585389 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 3/15/2006 10:20 | DLNumber | L146398585389 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 10/1/2007 7:46 | DLNumber | R328153098813 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/12/2007 10:43 | DLNumber | R328153098813 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/6/2010 14:17 | DLNumber | R328153098813 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/6/2010 14:18 | DLNumber | L146398585389 |
| jennieloeffler | Minneapolis PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 1/6/2010 14:18 | DLNumber | V300398585389 |
| jennieloeffler | Morris PD | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Thu | 7/17/2003 21:33 | DLNumber | L146398585389 |
| jennieloeffler | New Prague PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 7/21/2007 6:49 | DLNumber | R328153098813 |
| jennieloeffler | Pequot Lakes PD | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Sat | 6/14/2003 2:15 | DLNumber | L146398585389 |
| jennieloeffler | Renville Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 12/5/2007 1:01 | DLNumber | R328153098813 |
| jennieloeffler | Renville Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Wed | 12/5/2007 1:02 | DLNumber | R328153098813 |
| jennieloeffler | Rice Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 7/25/2007 16:23 | DLNumber | R328153098813 |
| jennieloeffler | Rice Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 9/7/2010 9:39 | DLNumber | R328153098813 |
| jennieloeffler | Richfield PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/16/2009 19:14 | DLNumber | L146398585389 |
| jennieloeffler | Richfield PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/16/2009 19:14 | DLNumber | R328153098813 |
| jennieloeffler | Richfield PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/16/2009 19:14 | DLNumber | V300398585389 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/3/2007 7:14 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/5/2007 14:30 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/Demographics.asp | Sat | 7/21/2007 13:48 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 11/15/2007 13:04 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/10/2008 4:06 | DLNumber | L146398585389 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/10/2008 4:06 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/10/2008 4:06 | DLNumber | V300398585389 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/Demographics.asp | Fri | 1/30/2009 4:22 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/23/2009 18:32 | DLNumber | L146398585389 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/23/2009 18:32 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 4/23/2009 18:32 | DLNumber | V300398585389 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 11/19/2009 4:30 | DLNumber | R328153098813 |
| jennieloeffler | Roseville PD | /dvsinfo/dvsnewdl/Demographics.asp | Wed | 12/1/2010 22:09 | DLNumber | R328153098813 |
| jennieloeffler | St Francis PD | /dvsinfo/dvsnewdl/CardData.asp | Wed | 7/23/2003 6:07 | DLNumber | L146398585389 |
| jennieloeffler | St Francis PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 4/13/2004 8:20 | DLNumber | R328153098813 |
| jennieloeffler | St Francis PD | /dvsinfo/dvsnewdl/CardData.asp | Thu | 5/31/2007 9:08 | DLNumber | R328153098813 |
| jennieloeffler | St Francis PD | /dvsinfo/dvsnewdl/CardData.asp | Mon | 7/30/2007 10:11 | DLNumber | R328153098813 |

| | | | | | |
|---|---|---|---|---|---|
| jennieloeffler | St Francis PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 6/3/2008 7:31 | DLNumber | R328153098813 |
| jennieloeffler | St Francis PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 7/15/2008 20:41 | DLNumber | R328153098813 |
| jennieloeffler | St Louis Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 8/24/2010 14:27 | DLNumber | R328153098813 |
| jennieloeffler | St Louis Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Sun | 3/13/2011 14:23 | DLNumber | L146398585389 |
| jennieloeffler | St Louis Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Sun | 3/13/2011 14:24 | DLNumber | R328153098813 |
| jennieloeffler | St Louis Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Sun | 3/13/2011 14:24 | DLNumber | V300398585389 |
| jennieloeffler | St Louis Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Sun | 3/13/2011 14:25 | DLNumber | R328153098813 |
| jennieloeffler | St Paul PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 9/23/2008 17:01 | DLNumber | L146398585389 |
| jennieloeffler | St Paul PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 9/23/2008 17:02 | DLNumber | R328153098813 |
| jennieloeffler | St Paul PD | /dvsinfo/dvsnewdl/CardData.asp | Tue | 9/23/2008 17:02 | DLNumber | V300398585389 |
| jennieloeffler | Staples PD | /dvsinfo/dvsnewdl/Demographics.asp | Thu | 2/7/2008 3:40 | DLNumber | R328153098813 |
| jennieloeffler | Wright Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Sun | 9/24/2006 14:52 | DLNumber | R328153098813 |
| jennieloeffler | Wright Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 9/24/2006 14:52 | DLNumber | R328153098813 |
| jennieloeffler | Wright Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Fri | 10/6/2006 20:44 | DLNumber | R328153098813 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Mon | 1/5/2004 20:56 | DLNumber | L146398585389 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Thu | 2/5/2004 11:08 | DLNumber | L146398585389 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/CardData.asp | Thu | 2/5/2004 11:09 | DLNumber | L146398585389 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/RecordsDisplay.asp | Thu | 2/5/2004 11:13 | DLNumber | L146398585389 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 10/19/2004 17:44 | DLNumber | L146398585389 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 5/10/2005 16:29 | DLNumber | L146398585389 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Sun | 11/13/2005 19:49 | DLNumber | L146398585389 |
| jennieloeffler | Yellow Medicine Co Sheriff | /dvsinfo/dvsnewdl/Demographics.asp | Tue | 4/4/2006 3:19 | DLNumber | L146398585389 |