## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jennie Marie Loeffler,                                      Civil No. 13-cv-2060 (MJD/TNL)

        Plaintiff,

v.                                                                     **ORDER**

City of Anoka, *et al*.,

        Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 19, 2014 [Docket No. 126], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant City of Saint Paul's Motions for Judgment on the Pleadings, Summary Judgment and Motion to Sever [Docket No. 79] is **GRANTED IN PART** and **DENIED IN PART AS MOOT**.

2. Defendant City of Minneapolis' Motion for Judgment on the Pleadings, Summary Judgment and Motion to Sever [Docket No. 87] is **GRANTED IN PART** and **DENIED IN PART AS MOOT**.

Date:  January 12, 2015                                    s/Michael J. Davis
                                          The Honorable Michael J. Davis
                                          Chief United States District Court Judge
                                          for the District of Minnesota