UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JENNIE MARIE LOEFFLER,

      Plaintiff,

v.                                    **ORDER**
                                      Civil File No. 13-2060 (MJD/TNL)

CITY OF ANOKA, et al.,

      Defendants.

---

Lorenz F. Fett, Jr., Sonia L. Miller-Van Oort, and Jonathan A. Strauss, Sapientia Law Group, PLLC, Counsel for Plaintiff Jennie Marie Loeffler.

Nick D. Campanario and Leslie E. Beiers, St. Louis County Attorney's Office, Counsel for Defendant St. Louis County.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 1, 2015.  Plaintiff filed objections to the Report and Recommendation and requests that the DPPA claim be permitted to proceed.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court **adopts** the Report and Recommendation of United States Magistrate Judge Leung dated June 1, 2015.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated June 1, 2015 [Docket No. 128].

2. St. Louis County's Motion for Judgment on the Pleadings under Fed. R. Civ. P. 12(c) [Docket No. 114] is **GRANTED**.

Dated:  July 2, 2015              s/ Michael J. Davis
                                  Michael J. Davis
                                  United States District Court